THE PEOPLE OF THE STATE OF NEW YORK ex rel. COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, Respondent, *v.* ALLAN P. THOMPSON, Appellant.'

*People ex rel. Comr. Public Charities, etc.,* v. *Thompson,* 87 App. Div. 633, affirmed.

(Argued March 28, 1904; decided April 26, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1903, which affirmed an order of the Court of General Sessions of the city of New York modifying and affirming as modified an order of a city magistrate adjudging defendant to be a disorderly person.

*Alexander Rosenthal* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *Herman Steifel* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

WILLIAM F. CLARK, as Executor of THOMAS SUTTON, Deceased, Appellant, *v.* BRONSON RUMSEY et al., Respondents, Impleaded with Others.

*Clark* v. *Rumsey,* 59 App. Div. 435, appeal dismissed.

(Argued March 28, 1904; decided April 26, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 27, 1901, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

*John E. Pound* for appellant.

*Ansley Wilcox* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.